EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
CHARLES PARKER (Cal. Bar No. 283078)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    E-mail: Charles.Parker@usdoj.gov

Attorneys for Petitioner
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>FEANNA SMITH,<br><br>    Respondent. | No. 2:16-cv-8895<br><br>[~~PROPOSED~~] ORDER TO SHOW CAUSE |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its prima facie case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons[es]. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's prima facie case is typically made through the sworn declaration of the IRS agent who issued the summons); accord, United States v. Gilleran, 992 F.2d 232, 233 (9th Cir. 1993).

//

1  THEREFORE, IT IS ORDERED that Respondent appears before this District
2  Court of the United States for the Central District of California in Courtroom No.
3  ____,
4  ____ United States Courthouse
5  312 North Spring Street
6  Los Angeles, California 90012
7
8  _X_ Roybal Federal Building and United States Courthouse
9  255 E. Temple Street
10  Los Angeles, California 90012
11
12  ____ United States Courthouse
13  350 W 1st Street
14  Los Angeles, California 90012
15
16  on ~~February 6~~ April 24, 2017, at 1:30 p.m. and show cause why the testimony and
17  production of books, papers, records and other data demanded in the subject Internal
18  Revenue Service summons should not be compelled.
19  IT IS FURTHER ORDERED that copies of this Order, the Petition, Memorandum
20  of Points and Authorities, and accompanying Declaration be served promptly upon
21  Respondent by any employee of the Internal Revenue Service or by the United States
22  Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing
23  documents at the Respondent's dwelling or usual place of abode with someone of
24  suitable age and discretion who resides there, or by certified mail.
25  IT IS FURTHER ORDERED that within ten (10) days after service upon
26  Respondent of the herein described documents, Respondent shall file and serve a written
27  response, supported by appropriate sworn statements, as well as any desired motions. If,
28  prior to the return date of this Order, Respondent files a response with the Court stating

that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

IT IS FURTHER ORDERED that all motions and issues raised by the pleadings will be considered on the return date of this Order.  Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court.  All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

Dated: 2/22/17

*Patrick J. Walsh*
~~United States District Judge~~

Respectfully presented,
EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

          /s/
CHARLES PARKER
Assistant United States Attorney

Attorney for Petitioner
UNITED STATES OF AMERICA

3